IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL WARD,

    Plaintiff,

v.

    Case No. 17-cv-340-jdp

DR. O'BRIEN, DR. SYED, DR. HOERSY,
NURSE BEVERLY VENA, NATHAN PRESTON,
TIMOTHY JORDAN, PAMELA JONES,
SGT. JOHN DOE and OFFICER JOHN DOE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1) denying plaintiff Darryl Ward leave to proceed on claims against defendants Dr. O'Brien, Dr. Syed, Dr. Hoersy, and Nurse Beverly Veyna;

2) dismissing Sgt. John Doe and Officer John Doe; and

3) in favor of defendants Nathan Preston, Timothy Jordan and Pamela Jones in accordance with the jury's verdict and dismissing this case.

Approved as to form this 19TH day of March, 2019.

_____
James D. Peterson
District Judge

_____    3/19/19
Peter Oppeneer                        Date
Clerk of Court